ELECTRONICALLY FILED
Craighead County Circuit Court in Jonesboro
David Vaughn, Craighead Circuit Clerk
2023-Sep-22 09:57:39
16JCV-23-1598
C02D09 : 3 Pages

IN THE CIRCUIT COURT OF CRAIGHEAD COUNTY, ARKANSAS
_____ DIVISION

ALAN REAGAN                                                                                          PLAINTIFF

VS.                                          CASE NO. 35CV-23 - _____

SAFECO INSURANCE COMPANY OF
ILLINOIS                                                                                             DEFENDANT

## COMPLAINT

COMES the Plaintiff, by and through counsel Matthew E. Hartness, and for his Complaint, states:

1. That at the time of the breach of contract which is the subject matter of this Complaint Plaintiff was a resident of Craighead County, Arkansas.

2. That Defendant is an insurance company headquartered in a State other than Arkansas, but doing business in Craighead County, Arkansas.

3. That the subject matter of this action concerns a breach of contract which occurred in Jefferson County, Arkansas. .

4. That this Court has both subject matter and personal jurisdiction over this matter and that the venue is proper.

5. That on January 5, 2023, Plaintiff was operating his vehicle and was traveling North on South Main Street in Jonesboro, Craighead County, Arkansas. At the same time and place Jennifer Daniel was operating her vehicle and was traveling East on West Oak Street. As Plaintiff lawfully proceeded he had a green light and continued on South Main Street. Jennifer Daniel ran a

EXHIBIT
A

red light, driving in to Plaintiff's lane of traffic, causing a collision between the two vehicles.

6. That Jennifer Daniel, in causing the above described collision, was negligent in the following respects:

    a. failing to yield the right of way;

    b. failing to keep a proper lookout;

    c. careless and prohibited driving;

    d. running a red light; and,

    e. otherwise failing to exercise reasonable care and to obey the rules of the road applicable to operators of motor vehicles.

7. That as a proximate result of the negligence of Jennifer Daniel, Plaintiff sustained the following injuries and damages:

    a. permanent physical injury;

    b. pain, suffering and mental anguish experienced in the past and reasonably certain to be experienced in the future; and,

    c. medical expenses incurred in the past and reasonable certain to be incurred in the future.

8. Jennifer Daniel's insurance carrier, Root, paid its policy limits of $30,000 to settle Plaintiff's claim. Plaintiff's damages exceed that amount and thus Jennifer Daniel is an underinsured motorist as defined under Arkansas law.

9. At the time of the wreck which is the subject matter of this litigation Plaintiff was covered under a policy of insurance with the Defendant which included underinsured motorist coverage in the amount of $250,000 per person. Plaintiff has made a demand that Defendant pays it policy limits and to date Defendant has refused to do so. In addition to the policy limits Plaintiff claims reasonable attorneys' fees, interest and a 12% penalty pursuant to A.C.A. sec. 23-79-208.

WHEREFORE, Plaintiff claims that upon trial of this matter he be awarded judgment against the Defendant in an amount adequate to compensate him for the damages he has sustained, for attorneys' fees, costs, interest, penalty and for all other relief to which Plaintiff is entitled.

Respectfully Submitted:

The Brad Hendricks Law Firm
500 C Pleasant Valley Dr.
Little Rock, AR 72227
(501) 221-0444 (P)
(501) 661-0196 (F)

By: /s/ Matthew E. Hartness
Matthew E. Hartness, ABN 96005